IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2008 AUG -6 PM 2: 35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-08-CR- |
| Plaintiff, | § | **INDICTMENT** |
| v. | § | CT 1: 21:952(a)-Importation of a Controlled Substance; |
| **MELISSA JANET LOPEZ,** | § | CT 2: 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute |
| Defendant. | § | |

THE GRAND JURY CHARGES: **EP08CR2195**

## COUNT ONE
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(3))

That on or about July 12, 2008, in the Western District of Texas, Defendant,

**MELISSA JANET LOPEZ,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

## COUNT TWO
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

That on or about July 12, 2008, in the Western District of Texas, Defendant,

**MELISSA JANET LOPEZ,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: *Juanita Fielder*
Assistant U.S. Attorney