PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**EP08CR2195**

| SEALED: _____ | | UNSEALED __XX__ |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: August 6, 2008 | MAG CT #: 08-3806G | FBI #: |
| CASE NO: EP-08-CR- | ASSISTANT U.S. ATTORNEY: | |

| DEFENDANT: **MELISSA JANET LOPEZ** | DOB: REDACTED |
|---|---|

ADDRESS: REDACTED

CITIZENSHIP: U.S.    INTERPRETER NEEDED: yes    LANGUAGE: Spanish

DEFENSE ATTORNEY: Rita Rodriguez            EMPLOYED ___
                                            APPOINTED __X__

DEFENDANT IS: Custody
    ADDRESS: El Paso County Detention Facility

| DATE OF ARREST: July 12, 2008 | BENCH WARRANT: No |
|---|---|

PROSECUTION BY: INDICTMENT

OFFENSE (Code and Description):
CT 1: 21:952(a) - IMPORTATION OF A CONTROLLED SUBSTANCE
CT 2: 21:841(a)(1)-POSSESSION OF A CONTROLLED SUBSTANCE W/INTENT TO DISTRIBUTE

OFFENSE IS: FELONY

MAXIMUM SENTENCE: 20 YRS (NO MIN MANDATORY)/$1 MILLION/AT LEAST 3 YR MIN MANDATORY TERM OF SUPV RELEASE/$100 MANDATORY ASSESSMENT

PENALTY IS MANDATORY: NO

REMARKS: ICE/INV - Bobby Wilson

WDT-Cr-3