PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

FILED 2009 JUL -1 PM 3:22

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Melissa Janet Lopez    **Case Number:** EP-08-CR-2195KC

**Name of Sentencing Judicial Officer:** Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:** January 23, 2009

**Original Offense:** Importing 50 kilograms or More of Marijuana, a violation of 21 U.S.C. §§ 952 and 960

**Original Sentence:** Time served followed by three (3) years supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** January 27, 2009

---

### PETITIONING THE COURT

[ ]    To extend the term of supervision for_____years, for a total term of_____years.

[ X ]    To modify the conditions of supervision as follows:

> The Defendant shall be authorized to reside in Ciudad Juarez, Chihuahua, Mexico during the term of supervised release as long as the Defendant remains in compliance with her conditions of supervised release.

### CAUSE

On January 23, 2009, Lopez was sentenced to time served followed by three (3) years supervised release for a violation of 21 U.S.C. §§ 952 and 960, Importing 50 kilograms of or More of Marijuana. During the sentencing hearing, the Court authorized the Defendant to reside in Ciudad Juarez, Chihuahua, Mexico with her mother, however, this was omitted from the original judgment. This officer is requesting that the judgment be modified to include the above special condition.

Re: Lopez, Melissa Janet
Docket Nos. EP-08-CR-2195KC
Page 2

Approved by,

Eliverto Bustamante
Supervising U.S. Probation Officer
585-6512

Respectfully submitted,

Jose A. Hicks
U.S. Probation Officer
585-5547
Date: July 16, 2009

---

**THE COURT ORDERS:**

[ ] No action.

[ ] The extension of supervision as noted above.

[✓] The modification of conditions as noted above.

[ ] Other

KATHLEEN CARDONE
U.S. District Judge

7/17/09
Date